# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| GERALD REYELTS AND BEATRIZ REYELTS, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION<br>NO. 4:12-CV-0112-BJ |
| CARY JAY CROSS; CARY JAY CROSS, P.C.; LON SMITH & ASSOCIATES, INC.; and A-1 SYSTEMS, INC., d/b/a LON SMITH ROOFING AND CONSTRUCTION, | § § § § § § | |
| Defendants. | § | |

## SATISFACTION OF JUDGMENT

Plaintiffs, Gerald Reyelts and Beatriz Reyelts, hereby inform the Court that the Final Judgment entered on July 26, 2013 in the above referenced case in their favor against Defendants has been satisfied in full.

Respectfully submitted,

**THE FILLMORE LAW FIRM, L.L.P.**

*/s/ Charles Fillmore*_____
H. DUSTIN FILLMORE, III
State Bar No. 06996010
CHARLES W. FILLMORE
State Bar No. 00785861

901 Lake Street
Fort Worth, Texas  76102
Phone:  817-332-2351
Fax:  817-870-1859
dusty@fillmorefirm.com
chad@fillmorefirm.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

  This is to certify that on June 4, a true and correct copy of the foregoing Satisfaction of Judgment was filed with the United States District Court for the Northern District of Texas using the CM/ECF system which will send a copy to the parties participating in the CM/ECF system.

  Rick K. Disney
  Cotten Schmidt & Abbott, LLP
  550 Bailey Avenue, Suite 600
  Fort Worth, Texas  76107


  Cary J. Cross
  545 E. John Carpenter Freeway
  Ste. 300
  Irving, TX 75062


            /*s/ Charles Fillmore*_____
            CHARLES FILLMORE